UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

**Federal Claim Suitability**

MAY 15 2024

NATHAN OCHSNER
CLERK OF COURT

B-24-cv-067

*Plaintiff Information.*

| | |
|---|---|
| **Plaintiff's Name:** | Caroline Sue Barnett |
| Address: | 11316 Jollyville Road APT# 182 |
| | Austin, Texas 78759 |
| County: | Travis |
| Plaintiff's status: | Adult |

*Defendant Information.*

| | |
|---|---|
| **Defendant's Name:** | Ken Paxton |
| Doing Business as: | State of Texas |
| Address: | 300 W. 15th street |
| | Austin, Texas 78701 |
| County: | Travis |
| Defendant's Name: | Kirk Watson |
| Doing Business as: | City of Austin Mayor |
| Address: | 301 W 2nd St. |
| | Austin, Texas 78701 |
| County: | Travis |
| **Defendant's Name:** | John Cowen |
| Doing Business as: | City of Brownsville Mayor |
| Address: | 1001 E Elizabeth St #234 |
| | Brownsville, Texas 78520 |
| County: | Cameron |
| **Defendant's Name:** | Ron Nirenbereg |
| Doing business as: | City Hall |
| Address: | 100 Military Plaza |
| | Selma, Texas 78205 |
| County: | Bexar |

**Defendant's Name:** Susan Deski

Doing Business as: County Attorney

Address: 141 W Renfro St

Caldwell, Texas 76028

County: Burleson

Texas

County of Travis

Before me, the undersigned authority, this day personally appeared CAROLINE SUE BARNETT, who after being by me duly sworn, on oath deposes and says:

1. I am over the age of 18 and am a resident of Texas. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto.
2. I suffer no legal disabilities and have personal knowledge of the facts set forth below.

### Federal Claims Court Suitability

1. *Settlement Attempts.* Verbal, Letter, Through Federal Court Western District, and Email which is not a reliable source but isolation caused extreme limited source of communication along with severe financial hardship and manipulation caused by damages.

2. *Demand.* A "Demand Letter", or substitute method was given to the Defendant on: Judge Mangrum then City Council, and Delia Garza. September, 2023

    Response: City Council Did not respond Neither did County Attorney's

3. *Ability to Collect from the Defendant.* The likelihood that the Defendant is able to pay the judgment amount, if obtained, is: 2021, The County Attorney Office defendant stated "Let the Rich stay Richer" and "the Poor stay Poorer". 2024 Later Statement by male subject "Brownsville Texas where all the Poor people come from", so Austin Texas Rich, they can pay all damages.

4. *Statute of Limitations*: Type of Claim. March 28, 2022
    Due of Process Obstruction, Obstruction of Justice.
    **Petition against tortured other cruel, inhuman or degrading treatment or punishment**

**Damages**

1. The amount of the Claim Is as Follows:

    Personal Injury: Reproductive Organs, and Cardiac Damages
    | | |
    |---|---|
    | Un-reimbursed medical bills | $ 6,000.00 |
    | Loss of wages | $ 97,920.00 |
    | Pain and Suffering | $ 90,500,000.00 |
    | Personal Injury Total | $ 90,603,920.00 |

    Property Damage: 2013 Toyota Corolla
    | | |
    |---|---|
    | Fair Market Value | $ 14,862.00 |
    | Repair Estimate | $ 0.00 |
    | Loss of Use | $ 14,862.00 |
    | Property Damage Total | $ 14,862.00 |

iPad Pro, Apple Watch Nike, iPhone 12, 2012 LTZ Chevrolet Impala, Bedroom Set.
$1299.99, $429.00, $679.99, $3,500.00 $699.00
Total                                $6,607.98

Total Damages                        $90,625,389.98

### Liability

The Defendant(s) are legally liable for the claim for the following reason(s):

**Contract Claim:** The Defendant breached a valid contract. The Contract was: Judges Sworn on Oath, Law Enforcement Serve to Protect, Defense Attorney Contract: Right to Privacy, City Council Codes Violations prohibitions and State prohibition human trafficking. And County Attorney Office Serve the public, in protection of abuse and right to report.

**Negligence:** The defendant(s) owes damages to the Plaintiff because the Defendant:

On 2011, met with psychic Angelina a Palm Reader in Austin Texas and she turned out to be fraud who charged $234.00 in which I paid for a cleansing and a sibling $147.00 about who wasn't able to pay that day. Later causing paranormal activity and several other job losses, and family issues with mysterious problems in a short period of time. On 2013 contacted California psychics unintentionally, Love spell attempt by psychic, Mother had a heart attack during the year mysteriously felt extremely exhausted after a passing of my grandfather. Job loss was due to misinterpretation of Love Spell attempts by bad psychics committing fraud saying Alida Trevino is the person. I mentioned her marriage before first attempt of love spells and California psychic said "it doesn't matter". Then met with card reader Isabel who resides in Brownsville Texas 14th street who wasn't specific with her readings but conducted several energy cleansing attempts to remove bad Love Spell Effects. 2013 Spells were unnecessary attraction was already visible in which California Psychics knew but did not mention before trying an Unnecessary Love Spell. This action led to worries and stress causing Card Reader to part in a Hate crime causing Job loss and emotional damages. On June 2014 met with Psychic Ruth Madam who said psychics placed strong spells and they need to be removed. Madam Charged $800.00 but I paid $400.00 and discontinued her service due to suspicion of fraud attempt. On 2015 met back with Angelina and was ordered to pay remainder of cleansing I mysteriously paid off my sibling's debt. Angelina performed a final ritual, causing Madam Ruth energy to depart allowing me to work and get back on my feet. On 2017 came across Marta Robles in Facebook La Chachara saying her work is cheap and reliable, she charged a larger amount due to my financial status being stable at the time. I declined her services as I felt strong negative energy around me. I gave it a shot on 2018 of June where I met Crystal Ramirez while I was already working for Samsung LLC as a security guard with Securitas. Things shifted Rapidly in 2019 my mother passed away with liver cancer. I have been attending school and met Jack Brown who we had tried to conceive but mysteriously had a miscarriage in which planned parenthood said I was fertile and have healthy ovaries. Got my CDL License on March 5th of 2020 where I studied without the use of witchcraft in which Marta Robles offered an amulet for good luck. 2020 of July 6, Start of Government involvement in witchcraft conspiracy of abuses in Nebraska by Texas Residents who gave orders to a hospital to inject urine in an IV into my veins. Residents are several of the State of Texas, Defendants from Embezzlement case 2014-2023 Ruben Gallegos Jr, Alida Trevino and colleagues from IES, Crystal Ramirez Family members and Friends from Securitas. Forced me to pull myself away from

the road. On June 2020-2021 a Police report was rejected by Travis County DA, abuse to a pregnant woman in which later causing a 911 emergency interference arrest. Being harassed by the group who assaulted me in Nebraska were still active on the "Air vent Spell" where you can harass a person without being present causing torment and trauma. On July 29, 2021 a 911 call was placed by victim of domestic violence on a different means in attempt to take over apartment under my name who was upset about Remington House Letter to remove unauthorized occupants which was Rayna Hernandez and William Martinez as I was the lease holder. Rayna and William Martinez suffered from homelessness at the time. The arrest Caused Severe damages, among those, stolen property, damaged property in that moment law enforcement allowed Rayna Hernandez to destroy property due to the officer being the arresting officer. The arrest also caused several violent abuses William towards Rayna but officers kept being called keeping me away from my apartment. William said he is the MAN of the house and slammed the door on my face. Leasing office said the unauthorized occupants need to vacate as soon as possible because they're causing disturbances by loud domestic violence disputes. Neighbors can hear Rayna yell "help me" once officers arrive no arrests are made. Dispatch kept The Hull Firm Updated in which later I switched defense Attorney to Diana E Buss because I overheard a disturbing conspiracy in reasons of officer's behavior changes instead of an arrest against William Martinez. Apartment was lost due to a like crime scene domestic violence dispute after Yvonne approved eviction against Rayna and William on my behalf. Rayna Reported being sedated by a shock like feeling then woke up nearly fully undressed in the dark hole. Rayna Hernandez said she felt abused and said arresting officers were very handsy during the arrest search, but during court date hearing an officer verified as being witness and confirmed Rayna was saying the truth. Rayna Hernandez case was dropped. Benjamin Barnett was currently at CASA of age 17 in which I was contacted by case worker in needs of replacement caregiver. Rayna and William refusal caused Benjamin to be place on hold at CASA then released about a month later at legal age placing him at a risky position due to gun violence. At the time I was also fighting Child Custody for Danielle Ray Barnett to fulfill "will" wishes. Rayna Hernandez said she doesn't know why she didn't take my offer in means to help her financially into a place that will be stable until William gets a job to support his child and Rayna other than my apartment before the situation escalated. My family members said that's unusual. I was seeing Jose Morales to comfort him after a tragic loss. I was emailing TCAINFO sharing details of harassment thinking Delia Garza might act and stop the harassment. But our timing was cut short. Jose Morales and I spoke about marriage to finally tie our ends. I started to suffer financial signs of poverty due to case delays causing security license suspension. Travis county started warrant hunting causing Rayna to lose child custody case after she was told by Judge Yvonne she just needed a stable place and she will regain full custody but Judge Yvonne was given the impression that William was out of the picture. Brownsville Texas got involved after an arrest, Travis County to Cameron County hold transfer over a 2016 dispute. Rayna Hernandez had a miscarriage in jail in Brownsville Texas after a fight as I overheard guards said to wait before separating Rayna from the other inmate. Selma Texas became aware when missed court date occurred but already had a warrant before court hearing in dismissal of tickets. Jose Morales and I separated due to stress, harassment, stalking, and pressure by County Attorneys office staff after learning case C1-CR-21205377 may result into a lawsuit due to DA rejected Police Report, (I was called by Rayna and present while police took report, my sister did not look very well as she wasn't fully conscious due to blows to the face by William). (Rayna said her body was hurting as if a different abuse occurred, I suspected third person black male besides William Martinez who took part,) (friend who was present Ana in which similar occurrence took place but in Brownsville in 2019 report was made after my mother's funeral where Rayna called me to pick her up

saying her friend left her alone with male subjects). In January 2022 Jose Morales passed away in which case C1-CR-21205377 remained active. Selma Texas Judge Derrell Dullnig made a legal error on warrant online which shown dates off and amount incorrect. Judge Derrell Dullnig received emails of error, went to deputy. Deputy turned out to be rude and lawsuit may have been a reasonable resource to correct errors in damages of Commercial License. Warrant was used as a restraint to keep me from leaving the State orders by Travis County and Brownsville Texas in order to prevent a lawsuit from reaching a fair Verdict. Travis County Mentioned being in communication with psychic Madam Ruth in aid to prevent lawsuit of a wrongful death of Jose Morales (please keep in mind I was also being harassed during my CDL driving career that someone close to me has passed away, warning by psychic Marta Robles). Matthew, an older sibling's best friend also passed away during the active case on December 23, 2022, I suspect she was overwhelmed by my messages while I was being psychologically harassed by those Practicing witchcrafts who have been in retaliation of possible future Civil Claim that has been in discussion and focus of the county. My sibling Crystal Barnett could have possibly saved someone. I suffered from homelessness after losing jobs and vehicles in repos and urgent sales. Car 2012 impala was sold to pay The Hull Firm but not in full, who failed to keep case confidential and delayed updates. The Hull Firm later got message by County Attorney's office staff Rose Frank and other male subject about his 60's of legal Malpractice attorneys being contacted by me. The hull Firm are Delia Garza's sponsors. Contacted Betty Blackwell but I remained with Diana E Buss, Case C1-CR-21205377 was later dismissed by Interest of Justice on February 28th 2023. Judge Maria Cantu who I emailed, who little after partake in Witchcraft Satanic Rituals. Daniel Riegel who took over the group spread gossip of sexual rituals that activated witchcraft miscarriage spell in means to stay in control of my actions, rumors were spread by detail leaks Diana E Buss from County Attorney's office to District Staff. Where a witch is already inside the victim causing internal pain and other body struggles called "The Miscarriage Spell" in which was prepared before Rayna and William moving in the apartment causing miscarriages. I was emailing TCAINFO sharing details of harassment thinking Delia Garza might act and stop the harassment.

Now Judge I'm going to fast forward a little for you, the county attorney's office also got Council Members involved doing sexual satanic rituals in which sexual harassment got more verbal and direct as at a gathering at Delia Garza's place in Andy Brown's presence group were told they won't get charged for aiding obstruction of a lawsuit since they have witchcraft to their advantage. Group escalated gossip after that. They built altars and downloaded pictures of siblings and other relatives to start witchcraft on them as severely blackmailing me since they were told I can hear them and the witch is attached to my ovaries that just by having sex with serum I can feel them but in pain. I overheard Lucio de Toro, Ricardo, Anthony Valdez, Luis, Leslie Dippel, Jaime Flores, Lupe, Marshal, and others talking about getting internal female staff involved. It's gotten so bad that it has spread through sheriff department, District Staff, District Attorney's office, City Managers staff, the supreme court staff brian, blake hawthorn, Amy Starnes who been contacted by county attorney's office in aid not to report abuses if they encounter my email. I tried police report while Joseph Chacon was chief, due to misconducts by his officers' reports were rejected. The "air vent spell" also allows me to overhear conversations from the opposite side. I can also hear what they were planning so they decided to threaten me directly with death threats or causing a death in the family of a young relative. I overheard them saying if they should continue using law enforcement to harass the siblings. The groups and couples kept changing from Andy brown's office, County attorney office staff, city council and city manager office. It has gotten so bad that judges in Family District Court all said to get together in aiding, all they had to do is sex with a few steps. County have been causing severe internal pain where heavy bleeding resulted, damaging endometrium, where I

may be suffering from a possible leak during menstrual periods. Rayna was able to get an apartment to help me off the street for a while. I tried to get on my feet by working at 7 eleven, HEB, Orielly's, Anderson Merchandisers, and HEB again but wasn't long until county started harassment and got loud and more verbal. Judge Mangrum, Kim William, and several other Judges in District are part of the escort team. The county Called it the Democratic Sexual Scheme. At first, males masturbated getting directly with me, others had sex with there intimate partner, until Rose Frank came back in the picture. I overheard a female say not two guys. I emailed Delia and several other departments who can possibly stop the abuse. I have heard several comments saying "one guy wanted to put his junk inside me" and other comments like "We should kill her like we did Jose Morales". It's gotten so bad, that even Diana E Buss confessed having sexual intercourse with Lucio and wanted to do sexual rituals with him every night. Judge Mangrum who was pressured into having sex with grant woodby after the county found out she invited me into a hotel on a Friday at 4pm in exchange so I won't sue. Woodby commented on relatives who are minors in having the witchcraft cause them to lose virginity at a young age, caused by an email I sent previously because nobody was reaching out in stopping the rest of the group from sexually harassing young relatives as their curiosity grew. I wasn't aware how young the female staff were nor did I know about there body frame sizes. Since Howell recently presided Judge of 200th district he sided with judge Mangrum and dismissed case 1:23-CV00831 with prejudice help by Robert Pitman who said to put the case to the side. Judge Mangrum was told by a male claiming to be judge Howell he can dismiss the case for her if she had sex with him, I also heard an argument between two males Grant and a guy who claimed to be Dustin Howell. Until today, I figured what type of harassment this was and why were they so aggressive towards me. The county set girls up in a residence, females in rooms, where several males entered to have sexual intercourse with them. I overheard multiple gang rapes and the girls were yelling saying they wanted to go home. Some females stated they felt like suiciding after being told by an older female to suicide together if I win the case. Guy claiming to be Judge Magistrate Mark Lane stated if they let him have sex with one of the younger females he will dismiss the case. Western District of Texas also got involved in having sex, as the group let me know everyone was having sex with each other using my case as a cover up saying that's why demand amount was at its 300 billion so judges can continue dismissing the case. All County staff said they don't want me to get rich and they continued judicial bullying. The girls stated they don't feel the same and don't want to having sex anymore and some are brutally raped. They said Brownsville Judge will be out numbered. Kirk Watson has been covering up loose ends since he took chair and Delia Garza is not very good on hiding it in public. Group said Andy brown also had sex with females, so far investigations are obstructed.

***Intentional Conduct.*** Defendants intentionally contacted psychic Marta Robles and stated the psychic is Madam Ann Ruth. The idea of communication with the psychic was to obstruct a civil claim from getting to court on timely manner. The defendants allowed psychic Ruth to do whatever it takes to stop me from suing the county in a Wrongful Death suit that resulted during active criminal case caused by harassment. Emails Went to Rose Frank and staff members in request for Delia Garza's assistance to stop harassments. I attempted to stop the group from continuing harassment as it led to several damages. Diana E Buss continued my case in determination to have it dismissed but I informed her about the physical damages that the case needs to be dismissed as soon as possible before the group cost my life while they continued harmful tortures in retaliation. I have had several mental meltdowns, convulsions in which I woke up in my vomit still shaking from the seizure, and I was being taunted by the group. The group said council also took part as they said Steve Benesh is responsible for my convulsions as himself other staff members, including democratic political party ordered the psychic to cause unimaginable pain. I wasn't aware he had been involved in the beginning, but after the first case dismissal in Western District in Austin Texas I heard a group of males talk about the sexual rituals that kept my body in pain targeting the reproductive organs and other parts of my body. The males talked about how the Western District of Austin aiding in Sexual Scheme claiming they got away with it. The physical Tortures continued as they caused medical complications. I was diagnosed with endometriosis group stated the psychic caused it when she first entered my body, Edema caused by heart congestion failure which was caused by crocs that were left on overnight causing blood flow circulations to clog up, in this case I already had signs of heart difficulties but medical assistance was delayed by harassments and stalking by the county. I went homeless and my employments were cut short, the county stated the more they have me struggling finances the better they have control as I won't be able to afford a vehicle, and other means of financial resources to pay for court fees to start the case. We have struggled severe poverty as the county continued to call us poor, as I would find ways to make a meal out of cans of food. A church donated food pantries so it was a way to survive. The county ordered the psychic to turn her attention towards my family members who were already suffering similar damages. The county threatened to use her work against minors, and siblings who were already sick or had active cases in Travis County to better control me. It didn't stop there, I have heard several council members, city managers and district saying they can torture me without being present as most would begged the psychic to turn her attention to my body while I showered so they can see me. The males started grunting in sexual gestures touching me with voodoo works as they had items that represented me on their end. The county stated this has not been done in history as they disregarded underlying principles of witchcraft. The district and council stated how they can cause pain to my heart, members talked about giving me a huge heart attack and pressured the psychic to attempt to take my life entirely. Council members and district staff overheard a child custody case connected to a "will" and property that may cause a child endangerment suit accountability by county's harassment scheme. County ordered the group to deprive the "will", as I overheard the group are coming from Kelly McKenzie, Alison Atler, and other council members. The harassment has continued since October of 2022 until this very day. I filed a probate case in Brownsville but lost the case due to not having an attorney. The county stated if I had an attorney it would be game over for their sexual scheme as it resulted to an internal human trafficking scheme. The county overheard Judge Morgan taking a case that they wouldn't want to risk real actions taking place against them as they worked on destroying evidence. The girls who previously worked for Delia Garza who were lured into performing sexual acts satanic rituals have not been medically evaluated to ensure they weren't physically harmed during Political Gang Rapes. The

only way I can prove these acts are by recording the group but those devices were mysteriously stolen. I managed to get a rare voice record when I sent it to my friend, he said he heard people in the background and asked if he was supposed to listen to it, I was employed and worked at integral clinic as a security guard at that time before my case was dismissed. The case was finally dismissed in interest of justice by Judge Carlos Barrera. While the sexual scheme continued, my siblings had been also at focus of the county. Rose Valerie who had an active child custody case, who was told by CPS she will regain child custody as soon as she is stable living. The District and council overheard the case and stated they needed to deprive her mother rights. She suffered from poverty due to apartment loss, as she also endured medical malpractice injuries who still had been recovering mode. She also got hit by a car one in Brownsville and another in Austin Texas. Rose Valerie stated the car went over her legs but she was lucky to be walking. Rose Valerie stated her last visit to her doctor who said she is bleeding internally in her liver. Not only did Travis County target her to deprive her rights but looked into other cases she had pending, Burleson Texas where her case had been sitting at it's pending conviction status as she still was paying her probation. The County saw her injuries weren't enough to stop her intent to retrieve her son, so they communicated with prosecutor in Burleson Texas. I sent emails to Deski in pleading she dismiss her case due to tampering and tortures that placed her at medical risk with serious injuries. Rose Valerie informed me she was sexually harassed in Burleson county by guards and reported. As the prosecutor knew money is involved she ignored the report and continued to assist case as If it was a normal criminal case. Rose Valerie informed me the judge pressured her to take a guilty plea and the probation made her feel her case can't be fought in court. The county looked over Christine's case depriving her mother rights as well, making it difficult for her to fight off cps harassment. Mysterious arrests consecutively will put a toll on her record making it difficult for her to find a better paying job or at any case to be taken into consideration to gain back child custody. This seemed unusual, Judicial bullying and conspiracies of leaving the family in poverty level will also make it difficult to retrieve an attorney for any sibling. I was threatened by the group saying the psychic has my little sister's date of birth and they will cause her to lose her virginity and have something horrible happen to her. I contacted my father he said she was stable and, in the hospital, who felt dizzy after the threat was initiated. My father decided to move out of state but my little sister said she didn't want to leave with him to hurry and pick her up. Currently they're in Wisconsin Milwaukee and I have no communication with her due to my father's recent threats saying he will use santa muerte against me if I tried to take him to court, he laughed and said judges will kiss him and won't mess with him as he blocked me from contacting Danielle. Danielle later decided not to contact me anymore because she said I took long and she feels different. After all the damages, I pushed myself to see a doctor, she stated I am at risk of diabetes. Homelessness does take part of medical damages as we risk sleep deprivation which is also a form of torture. County stated getting me exhausted will slow me down especially if I already have heart conditions. I felt liquid in my throat, I have difficulty breathing, my ankles are damaged, I was diagnosed with anemia, possible spinal cord colon damages causing stool movement complications, internal bleeding caused by ruptured coronary artery. The doctors still have not been able to continue treatment due to lack of financial resources and health insurance. Health insurance had been uneasy to retrieve during local government harassment. The county stated the whole county re against the lawsuit and engaged in sexual rituals to cause physical complications. Bria Harris is my physician who performed a pap smear, results shown vaginosis bacteria. I wouldn't know how to prove womb tortures causing miscarriages until test results came in. Vaginosis are caused by recent miscarriage. While I'm still suffering homeless, I also endured air pollution damages. The county heard I had several convulsions

that can cause neurological damages as they searched my history and found Dr Mimbela from Brownsville Texas, saying I can't use him to point out psychological harassment damages. The county stated they paid the psychic and had come so far without paying damages that they needed to deprive evidence that can cause me to win the lawsuit. Judge, to whom may be assigned to my case. There are females who have been sexually abused who are pressured and deprive from their family to continue sexual briberies to democratic party, said they don't want to continue having sex because they're women parts hurt and felt as if their life had been destroyed. I had sent emails to council members pleading they be released and the males to leave them alone. They will get upset and start to retaliate and continued sexual engagements with them. Case 1:24-CV-0124, Judge Magistrate Mark Lane who assigned himself to my case dismissed the case in prejudice as well. The group kept screaming out saying Judge magistrate Howell is in the defendant list who also ordered dismissal reacting in gregarious manner along with other judges. I have heard disturbing comments, females stated they are going to die due to consecutive sexual intercourse with multiple males who don't want to stop. Not only did the females went through emotional meltdowns but were ordered to suicide by an older female in county. The group tried to turn it around because I sent various messages to Laura James telling her to intervene before they cause a serious mistake. Kirk's staff members continued the patterns as Diana E buss is also the person who may have caused groups to have sex with the females as if they were blow up dolls. This action was planned by council members, ordering Diana to sleep with all members. Diana E buss stated she wanted to drown herself in attempt to suicide (Diana's home is near a lake). Diana accepted the order saying she wanted to sleep with everyone looking towards Lucio De Toro. The group said the males also involved are Diana E buss firm, the hull Firm, and Randy Howry who verbally confirmed his identity being a partake. Why were the girls not released or reacting in a defense manner? The girls were told by Rose Frank and other leadership group in County they will get paid. The males work for county, friends of council members, District judges, and county attorney office staff.

JUDGE I KNOW MY CASE IS NOT AN EASY CASE TO CRACK, BUT THE COUNTY MADE A MISTAKE BY USING WITCHFRAFT AS AN ALTERNATIVE TO LURE OUT OF A LAWSUIT. IT'S THE DISRESPECT TO JOSE MORALES MEMORY AND HIS FAMILY, WHO HE WASN'T AWARE HIS DEATH AS PART OF PREPLANNED CONSPIRACY. ILLEGAL BUSINESS ENAGAMENTS DAMAGING THE PUBLIC. I AM THE PUBLIC, I ALSO NOTICED OTHER CASES LINKED SIMILAR TO MY CASE. MISHANDLED SEXUAL ASSUALT CASES, DROPPED CHARGES AGAINST OFFICERS, SEVERAL WEEDED OUT FELONIES AND FATAL SEDATIONS BY INJECTIONS IN TRAVIS COUNTY JAIL. My sister was an inmate as I was also threatened by Travis County that they wanted to lure her in and throw her in the dark hole to take advantage of her. I know a lawsuit won't be enough to force them to stop abuse of authority involving witchcraft. The county threatened the psychic that if she helps me she will be arrested in charges of battery. I hold the psychic liable but more the county. The county is responsible to keep employees safe as well as the public. They don't believe they'd get arrested for committing felonies and attempting to deprive my life entirely. 05/19/2024 I encountered an elder female who stated my medical conditions are fatal, if I don't get the right treatment I won't have long to live. Nobody is above the law. County stated 300 billion at stake if they don't aid. I don't have an attorney because county obstructed these rights by harassment. Regarding the young adult females, where are these parents? Why aren't family members getting involved and pulling them away from sexual abuse? Council have been talking people out who attempt to stop the sexual scheme. Delia Garza knows who they are but why hasn't she stepped in? Andy brown? Kirk? Judge Mangrum? Amy Clark? Steve Benesh? Diana? Anyone? The county is working against me not the girls who were lured into sexual acts. Sexual Exploitation is at high as I overheard a male recorded one of the females during

sexual interaction, the female told him not to record her. The county made it into a joke saying to pass them the video, as others said let's all record them and upload them to the website. I am highly aware the psychic preplanned the act before committing the acts coercing the county. Her motives are monetary and other personal motives causing privacy invasions. Witchcraft Fraud come in many forms. The county having access to victims and witchcraft won't make it easy for law enforcement to step in. Law enforcement are being talked out once reports do come in or reports are rejected. I am born and raised from Brownsville Texas and I have never been through so much hardship or witnessing sexual abuse of other young women. I do fear if the law does not step in, life is at risk and who knows how the males used to sexually retaliate against think. We can't control everyone's actions if they get desperate. As the county failed to enforce the Sexual Harassment Prohibition Law. Some of the young female adults were impregnated then were forced into brutal sexual intercourse to cause a miscarriage, as a female stated she felt something pop in her uterus. She said she didn't want to lose the baby. The city council members and staff of family district court influenced sexual retaliation. They'd over hear my attempt to stop the abuse by using my hometown and said my niece looked interesting. Judge I need a vehicle soon as possible. I also need to continue medical treatment outside of Austin Texas. I would like for them to surrender all what they've used to have accessing our families abusing our human rights. Males refused to turn in names and said they're Carlos Barrera group, judge Mangrum's, Diana E buss firm, Rose frank's, Ricardo's, Lucio's group, Kirk's group, Natasha Madison's group, Alison alter group, and Kelly McKenzie's group. The women don't sleep and are forced into sex all through the hours, they can barely talk or scream at times. I need Delia Garza to say the truth and stop abandoning the girls she hired!

Defendant's listed failed to intervene and influence witchcraft tortures. Reports and concerns have reached departments but no action was taken. Avoiding action and ignoring a citizen is also form of abuse. When physical harm is resulted, by neglecting the citizen's request to investigate and stop local government from abusing Natural Rights of a Citizen in intent to cause harm result into a civil legal claim. 8th amendment, 14th amendment, 1st amendment, 5th amendment 7th amendment, 9th amendment, and Human Rights have been consecutively abused. County are sexually abusing young female adults as a form of blackmailing. County stated they have the girls in the residence where several males enter the room or at a time to perform sexual acts. It's possible that Council and district staff pointed out sexual briberies political parties may be using to help election votes.

The County have been harassing Females to stop telling me to sue. The County stated they want to continue sexual rituals to place Females in a vulnerable state so they won't refuse sexual interactions. Democrats continued to advertise sexual ritual scheme and continued invading our privacy, as they're aware they are connected to my ovaries spiritually causing health complications. I am homeless, as my health worsen within time. The doctors have not yet discovered a coronary artery that's ruptured during congestion heart failure, edema. I don't sleep at night as my body feels extremely exhausted in order to get a few hours of rest. The harassment goes on through the hours. My financial status prevents me from fleeing away from abuses. To stop the males from continuing sexual abusing females I require to move out the city. The comments I have heard by the males, moving may not be enough to stop the sexual scheme.

~~ADDRESS RETURN~~
CAROLINE SUE BARNETT
12113 Metric Blvd. Apt # 717
Austin Texas 78759



```
===== MAIL =====
United States District Court
Southern District of Texas

      MAY 15 2024

       RECEIVED
Nathan Ochsner, Clerk of Court
```

Southern District of Texas
600 E. Harrison St. #1158
Brownsville Texas 78520

Clerk of Court



**Poly Bubble Mailer**
**Enveloppe coussinée en poly**
**Sobre con burbujas de plástico**

**SUPER STRONG & MOISTURE RESISTANT**
**SUPER ROBUSTE ET RÉSISTANTE À L'HUMIDITÉ**
**SUPER RESISTENTE Y RESISTENTE A LA HUMEDAD**