United States District Court
Southern District of Texas
**ENTERED**
June 27, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CAROLINE SUE BARNETT, § <br> "Plaintiff," § <br> § <br> v. § <br> § <br> KEN PAXTON, et al., § <br> "Defendants." § | Civil Action No. 1:24-cv-00067 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 10) and Plaintiff's "Objections" (Dkt. No. 13).[1] Plaintiff, proceeding *pro se*, asserts various claims under 42 U.S.C. § 1983 against Defendants for sexual harassment, domestic violence, and witchcraft. Dkt. Nos. 1, 5, 6 & 8. On June 12, 2024, the Magistrate issued an R&R (Dkt. No. 10) recommending the Court dismiss with prejudice Plaintiff's Complaint (Dkt. No. 1) because her claims "are both legal and factually frivolous." The Magistrate also found that Plaintiff fails to state a claim for which any relief can be granted. *Id.*

Despite her filing "Objections" (Dkt. No. 13), Plaintiff fails to object to the Magistrate's finding that her claims are frivolous and failed to state a claim. Instead, Plaintiff merely reiterates the same meritless claims from her complaint without addressing or acknowledging the R&R. If there have been no objections to the Magistrate's ruling, then the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 10) is **ADOPTED**.

For these reasons, Plaintiff's claims against Defendants are **DISMISSED with prejudice.**[2] Plaintiff's objections are **OVERRULED.** The Clerk of the Court is **ORDERED** to close this case.

---

[1] The Court has also received Plaintiff's Letter entitled "Statement Discovery" (Dkt. No. 14).
[2] As referenced in the R&R (Dkt. No. 10), Plaintiff previously filed other cases with similar claims and defendants which were also dismissed. *See e.g., Barnett v. Chacon*, No. 23-50640, 2023 WL 8952594, at *1 (5th Cir. Dec. 28, 2023); *Barnett v. Biden*, No. 1:24-cv-124, 2024 WL 1080460, at *1 (W.D. Tex. Feb. 14, 2024); *Barnett v. Chacon*, No. 23-cv-00831, 2023 WL 4932605, at *1 (W.D. Tex. Aug. 1, 2023).

Signed on this 27th day of June, 2024.

_____
Rolando Olvera
United States District Judge